# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00115-CV

**John L. Wiley and Randi Wiley, Appellants**

**v.**

**Edward J. Mitschke, Jr., Appellee**

**FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT**
**NO. 13,761, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In February 2012, appellants John L. Wiley and Randi Wiley filed a notice of appeal from an order denying their motion for partial summary judgment against Edward J. Mitschke, Jr. On May 22, 2012, the Clerk of this Court sent notice to appellants that the district clerk's office of Lee County had advised this Court that arrangements had not been made for the clerk's record. The Clerk of this Court requested appellants to make arrangements for the record and to submit a status report regarding this appeal by June 1, 2012. The Clerk also notified appellants that the failure to do so would result in dismissal for want of prosecution. *See* Tex. R. App. P. 42.3. To date, appellants have not responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See id*.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 10, 2012